DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Howard Moore

       **Plaintiff,**

vs.                                                                                  Civil No. 05-cv-00552-HO

**Commissioner of Social Security**

    **Defendant.**                                         **ORDER GRANTING AWARD**
                                                            **OF EAJA FEES**

      Pursuant to Stipulation, and good cause appearing therefore,

      IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$5.13**, costs in the amount of **$9.10**, and attorney's fees in the amount of **$4020.91** for total in the amount of **$4035.14**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

      Done this 23rd day of June, 2006.

                                                 /s/ M. Hogan
                                                 Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**